UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GRANVILLE ROSE                                      CIVIL ACTION

VERSUS                                              NO. 15-880

CAMILLE BURAS, ET AL.                               SECTION "A"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for a temporary restraining order and preliminary injunction, Rec. Doc. 12, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims are dismissed with prejudice to their being asserted again until the Heck conditions are met (as to the claims to which Heck applies).

June 22, 2015

UNITED STATES DISTRICT JUDGE