UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GRANVILLE ROSE                                    CIVIL ACTION

VERSUS                                            NO. 15-880

CAMILLE BURAS, ET AL.                             SECTION "A"(3)

## ORDER

On June 23, 2015 the Court entered judgment in favor of the defendants (Rec. Doc. 23) in light of *Heck v. Humphrey*, 512 U.S. 477 (1994). On July 17, 2015, the Court considered but rejected Plaintiff's post-judgment objections to the magistrate judge's Report and Recommendation. (Rec. Doc. 28). Plaintiff later filed a Motion to Amend Pleadings (Rec. Doc. 29), in which he suggested that the *Heck* problem had been resolved because he was moved from Angola to an address in Orleans Parish. The Court denied that motion on November 5, 2015, with reasons (Rec. Doc. 30). Next, Rose filed a Motion for Modification of Judgment (Rec. Doc. 31) arguing that the *Heck* bar has been resolved because he is no longer incarcerated. The Court denied that motion with reasons on March 23, 2016 (Rec. Doc. 32). On September 8, 2016, Rose moved once again to modify the judgment and the Court denied that motion on November 3, 2016. (Rec. Docs. 33 & 34).

Rose has moved once more to alter the judgment (Rec. Doc. 35) and has filed a notice of appeal.

For the reasons previously given,

Accordingly;

**IT IS ORDERED** that the **Motion to Alter Judgment (Rec. Doc. 35)** is **DENIED**.

December 19, 2016

UNITED STATES DISTRICT JUDGE